**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Louis Rocha | Case No.: 11–58862 CN 13 |
| Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

  **Notice is given** the debtor(s) having failed to comply with this court's order filed on 09/26/2011 , it is ordered that this case is hereby **dismissed**.

Dated: 10/19/11

By the Court:

Charles Novack
United States Bankruptcy Judge